TUCKER ELLIS LLP
David J Steele, SBN 209797
david.steele@tuckerellis.com
Steven E. Lauridsen, SBN 246364
steven.lauridsen@tuckerellis.com
Markus B. Hopkins, SBN 296799
markus.hopkins@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone:   213.430.3400
Facsimile:   213.430.3409

Attorneys for Plaintiffs
MICHAEL AUDA and
KATE AUDA fka KATE COUDAYRE

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| MICHAEL AUDA, an individual, and KATE AUDA fka KATE COUDAYRE, an individual,<br><br>            Plaintiffs,<br><br>      v.<br><br>PCS, INC., a California corporation; and PATTERSON CONSTRUCTION SERVICES, INC., a California corporation, TIMOTHY L. PATTERSON, an individual, and SHELLIE R. PATTERSON, an individual,<br><br>            Defendants. | Case No. 2:16-cv-4294<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

Michael Auda and Kate Auda fka Kate Coudayre (collectively, "Plaintiffs") hereby allege as follows:

## I. JURISDICTION AND VENUE

1. This Court has exclusive subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a) because this is a claim for copyright infringement arising under the Copyright Act of the United States, 17 U.S.C. § 101, *et seq.*

2. This Court has personal jurisdiction over PCS, Inc., Patterson Construction Services, Inc., Timothy L. Patterson, and Shellie R. Patterson (collectively, "Defendants") because PCS, Inc. and Patterson Construction Services, Inc. are California corporations with their principle places of business at 4601 Student Street, Ventura, California 93003 and because Timothy L. Patterson and Shellie R. Patterson are individuals who, on information and belief, reside in Ventura, California.

3. Venue is appropriate pursuant to 28 U.S.C. § 1391(b)(1)-(2) because a substantial part of the events or omissions giving rise to this claim occurred in this judicial district. Defendants, on information and belief, distributed infringing copies of Plaintiffs' copyrighted works in this judicial district.

## II. PARTIES

4. Plaintiffs are individuals residing in San Diego, California.

5. On information and belief, PCS, Inc. and Patterson Construction Services, Inc. are California corporations with their respective principle places of business in Ventura, California.

6. On information and belief, Timothy L. Patterson and Shellie R. Patterson are individuals residing in Ventura, California.

## III. FACTS

7. Plaintiffs are commercial photographers and have registered a group of 590 architectural photographs with the U.S. Copyright Office and were issued Copyright Registration No. VAu 973-994 (April 29, 2008) (the "Group Registration"). A copy of the Group Registration is provided as Exhibit A.

8. On information and belief, Defendants are full service general contractors operating in Ventura, Santa Barbara, and throughout Southern California.

9. On information and belief, Defendants operate a website accessible at pattersonconstructionservices.com (the "Accused Website").

10. At least as early as November 26, 2014, without Plaintiffs' permission, Defendants copied and published on the Accused Website at least six of Plaintiffs' copyrighted images without Plaintiffs' authorization (the "Infringing Images"). A copy of a one of the pages from the Accused Website displaying the Infringing Images is attached as Exhibit B. The Infringing Images are highlighted in this exhibit.

11. On February 14, 2015, Plaintiffs' representative sent a notice by email to Defendants informing them of their infringing use. Defendants did not respond.

12. On April 9, 2015, Plaintiffs' representative sent a second notice by email to Defendants informing them of their infringing use. Defendants did not respond.

13. On May 7, 2015, Plaintiffs' representative sent a third notice by email to Defendants informing them of their infringing use. Defendants did not respond.

## IV. CAUSE OF ACTION
## COPYRIGHT INFRINGEMENT

(All Defendants)

14. Plaintiffs hereby incorporate Paragraphs 1-13 by reference.

15. Plaintiffs are the owners of the copyright of the Group Registration, composed of approximately 590 architectural photographs.

16. Each photograph in the Group Registration is copyrightable subject matter under 17 U.S.C. § 102(a)(5).

17. Plaintiffs have complied in all respects with the provisions of the Copyright Act and all regulations thereunder.

18. In 2008, Plaintiffs registered the copyright in each photograph in the Group Registration with the United States Copyright Office.

19. Plaintiffs have the exclusive rights under 17 U.S.C. § 106 to (1) reproduce the copyrighted photographs, (2) prepare derivative works based on the copyrighted photographs, (3) distribute copies of the copyrighted photographs, and (4) display the copyrighted photographs publicly.

20. Without the permission or consent of Plaintiffs, Defendants reproduced, made derivative works from, distributed copies of, or displayed Plaintiffs' copyrighted photographs.

21. Defendants had actual knowledge of the infringing use of Plaintiffs' copyrighted images.

22. On information and belief, Defendants acted willfully.

## V.   SECOND CAUSE OF ACTION
## DIRECT AND VICARIOUS LIABILITY – ALL COUNTS

(Timothy L. Patterson and Shellie R. Patterson)

23. Plaintiffs hereby incorporate Paragraphs 1-22 by reference.

24. On information and belief, Timothy L. Patterson and Shellie R. Patterson are the moving, active, and conscious force behind PCS, Inc. and Patterson Construction Services, Inc.'s unlawful conduct, and Mr. and Ms. Patterson are therefore jointly and severally liable with PCS, Inc. and Patterson Construction Services, Inc. under all counts alleged in this complaint.

## VI.   RELIEF REQUESTED

WHEREFORE, Plaintiffs ask this Court to enter judgment against Defendants and Defendants' subsidiaries, affiliates, agents, employees, and all persons acting in concert or participation with them, granting the following relief:

1. Temporary and permanent injunctions preventing and restraining infringement of the Group Registration, Registration No. VAu 973-994 (April 29, 2008) by Defendants under 17 U.S.C. § 502;

2. An order requiring the destruction of all copies made by or under the control of Defendants of the photographs in the Group Registration and all articles by which such copies may be reproduced under 17 U.S.C. § 503;

3. An award of the actual damages suffered by Plaintiffs as the result of Defendants' infringement plus the profits of Defendants attributable to the infringement under 17 U.S.C. § 504(b);

4. Alternatively, if Plaintiffs so elect, an award of statutory damages for each infringement of the Group Registration under 17 U.S.C. § 504;

5. A judgment that Defendants' infringement was willful and an increased statutory damage award under 17 U.S.C. § 504(c)(2);

6. An award of Plaintiffs' full costs including reasonable attorneys' fees under 17 U.S.C. § 505; and

7. Such other and further relief as may be just and proper under the circumstances.

Dated: June 15, 2016                TUCKER ELLIS LLP

                                    By:  /s/Steven E. Lauridsen
                                         David J. Steele
                                         Steven E. Lauridsen
                                         Markus B. Hopkins

                                         Attorneys for Plaintiffs
                                         MICHAEL AUDA and
                                         KATE AUDA fka KATE
                                         COUDAYRE

**DEMAND FOR TRIAL BY JURY**

Plaintiffs, Michael Auda and Kate Auda fka Kate Coudayre, hereby demand a trial by jury to decide all issues so triable in this case.

Dated: June 15, 2016                                    TUCKER ELLIS LLP

                                                        By:   /s/Steven E. Lauridsen
                                                              David J. Steele
                                                              Steven E. Lauridsen
                                                              Markus B. Hopkins

                                                        Attorneys for Plaintiffs
                                                        MICHAEL AUDA and
                                                        KATE AUDA fka KATE
                                                        COUDAYRE